UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVON NIKO TUCKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OLYMPIC CORRECTIONS CENTER, et al.,<br><br>　　　　　　Defendants. | Case No. C23-6013-JHC-SKV<br><br>REPORT AND RECOMMENDATION |

Plaintiff Trevon Niko Tucker, proceeding pro se and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. Dkt. 5. On July 17, 2024, Defendant Rebecca Staviek filed a notice of suggestion of Plaintiff's death pursuant to Federal Rule of Civil Procedure 25(a). Under that Rule, the parties and Plaintiff's successor or representative have 90 days from the date the notice was served to move the Court to be substituted for plaintiff in this matter, otherwise the matter must be dismissed. Fed. R. Civ. P. 24(a)(1). To date, no motion for substitution has been made. The Court accordingly recommends the case be dismissed.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may

REPORT AND RECOMMENDATION - 1

affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 7, 2024**.

Dated this 18th day of October, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge