UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TREVON NIKO TUCKER,

          Plaintiff,

  v.

OLYMPIC CORRECTIONS CENTER, et al.,

          Defendants.

Case No. C23-6013-JHC-SKV

ORDER

    Having reviewed the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, the Court ORDERS:

    (1)    There is no objection to the R&R, which observes that a defendant filed a notice of suggestion of Plaintiff's death and no motion for substitution was made within 90 days of the notice. The Court agrees with the R&R that the matter should now be dismissed and ADOPTS it.

    (2)    The case is DISMISSED.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

///

///

ORDER - 1

1  Dated this 7th day of November, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 2